

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-1-2007

# Tsoukalas v. USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-3451

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Tsoukalas v. USA" (2007). *2007 Decisions.* Paper 1687.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1687

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-3451
_____

GEORGIOS TSOUKALAS,
Appellant

vs.

UNITED STATES OF AMERICA
_____

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 06-cv-01263)
District Judge: Honorable A. Richard Caputo
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action
Under Third Circuit LAR 27.4 and I.O.P. 10.6
January 19, 2007
Before:  SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges
(Filed February 1, 2007)
_____

OPINION
_____

PER CURIAM.

Georgios Tsoukalas, proceeding pro se, appeals the District Court's dismissal of

his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Because the

District Court lacked jurisdiction over the petition, we will summarily affirm.

While incarcerated at the Moshannon Valley Correctional Facility in Clearfield County, Pennsylvania, Tsoukalas filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the United States District Court for the Middle District of Pennsylvania. The District Court dismissed the petition without prejudice, holding that the proper means by which Tsoukalas could challenge his conviction was through 28 U.S.C. § 2255. Tsoukalas appealed, arguing that he filed the instant petition when the § 2255 motion he had previously filed proved "inadequate and ineffective" in challenging the constitutionality of his conviction. On appeal, Appellee has filed a motion for summary action, arguing that the District Court's dismissal should be affirmed because the District Court lacked jurisdiction over the underlying petition.

We have jurisdiction over this appeal pursuant to 28 U.S.C. § 1291. In <u>Rumsfeld v. Padilla</u>, 542 U.S. 426 (2004), the Supreme Court clearly held that a § 2241 petition must be filed in the district having jurisdiction over the petitioner's custodian. 542 U.S. at 442. In the case at bar, that is the Western District of Pennsylvania. Because the District Court therefore lacked jurisdiction to hear the petition, we conclude that this appeal presents no "substantial question." <u>See</u> 3d Cir. LAR 27.4 & I.O.P. 10.6. We therefore grant Appellee's motion for summary action and will affirm the District Court's dismissal without prejudice of Tsoukalas' petition. <u>See</u> <u>Rumsfeld</u>, 542 U.S. at 451.